FILED

03/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0116

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0116

| | |
|---|---|
| Lincoln Properties, LLC, | **ORDER GRANTING MOTION TO TRANSFER TRANSCRIPT** |
| Plaintiff & Appellant, | |
| -vs- | |
| American Equity Exchange, Inc | |
| Defendant & Appellee. | |

Without objection Appellant moved for the Court to transfer the transcript filed with DA 19-0401 to DA 20-0116. Appellant filed the transcript with the initial appeal, which the Court thereafter dismissed for lack of finality. Thereafter a second Notice of Appeal was filed and accepted and as the identical transcript first filed is relevant to the instant appeal, Appellant's request to transfer the transcript is with good cause.

IT IS HEREBY ORDERED that the transcript filed with DA 19-0401 be transferred to DA 20-0116.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 6 2020